UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KENNETH BONDERER,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:21-cv-1335 AC P<br><br><br><br>ORDER |

    Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court recently received a letter from plaintiff in which he stated that he had "enclosed what's left of [his] tooth" and requested that the court enter it as evidence. ECF No. 5. It appeared to court staff who process mail that plaintiff had in fact attached his tooth or some other object to the letter with a sticker. The letter and attached object have been returned to plaintiff, and plaintiff is advised that he should not send evidence to the court, particularly non-documentary evidence, as the court will not preserve or hold evidence on plaintiff's behalf.

    IT IS SO ORDERED.

DATED: August 19, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE