UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KENNETH BONDERER, | No. 2:21-cv-1335 AC P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY JAIL, et al., | |
| Defendants. | |

On November 22, 2022, defendant Wellpath LLC filed a motion to dismiss. ECF No. 24. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation for the dismissal without prejudice of the claims against Wellpath LLC for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 3, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE