UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KENNETH BONDERER, | No. 2:21-cv-1335 WBS AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| EL DORADO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a former county and current state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 35. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2023 (ECF No. 35), are adopted in full;

1

1         2. The claims against defendant Wellpath LLC are dismissed without prejudice for failure

2 to prosecute pursuant to Federal Rules of Civil Procedure 41(b); and

3         3. This matter is referred back to the assigned magistrate judge for all further pretrial

4 proceedings.

5 Dated: March 22, 2023

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

11 Bond1335.801